DORSEL J. CARMICHAEL, APPELLANT, V. ROBERT R. CARMICHAEL, APPELLEE.

326 N.W.2d 854

Filed December 10, 1982. No. 81-664.

L. J. Karel, for appellant.

Peter L. Harlan of Schrempp & Lefler, for appellee.

KRIVOSHA, C.J., HASTINGS, and CAPORALE, JJ., and RIST, D.J., and COLWELL, D.J., Retired.

RIST, D.J.

This is an appeal from a decree of dissolution of marriage.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. The judgment is affirmed.

AFFIRMED.